RECEIVED
IN LAKE CHARLES, LA.

FEB 24 2012

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| DAVID LORENZO PROVENCIO<br>FED. REG. #58522-180 | CIVIL ACTION NO. 11-1514<br>SECTION P |
| VS. | JUDGE MINALDI |
| JOE P. YOUNG | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that this Petition be DENIED AND DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23 day of February, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE